IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD FELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-176 |
| | ) |
| MBNA AMERICA BANK, N.A. and | ) |
| BANK OF AMERICA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* OF MARTHA JO WAGNER

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Martha Jo Wagner, Esquire, Venable LLP, 575 7th Street, NW, Washington, DC 20004, to represent the defendants, MBNA America Bank, N.A. and Bank of America Corporation, in this matter. Pursuant to Standing Order for District Court Fund, the annual fee of $25.00 per attorney is forwarded with this motion.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Teresa A. Cheek*
Sheldon N. Sandler (Bar ID 245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Attorneys for Defendants

Dated: March 20, 2006

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for the admission *pro hac vice* of Martha Jo Wagner is GRANTED.

Date: March ____, 2006                                  _____
                                                          United States District Judge

**CERTIFICATE OF SERVICE**

I, Teresa A. Cheek, Esquire, hereby certify that on March 20, 2006, I caused two copies of the foregoing Motion for Admission *Pro Hac Vice* of Martha Jo Wagner and this certificate of service to be served by hand delivery on:

> Richard R. Wier, Jr. Esquire
> Two Mill Road, Suite 200
> Wilmington, DE 19806

> */s/ Teresa A. Cheek*_____
> Teresa A. Cheek, Esquire (No. 2657)

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Georgia, the State of Pennsylvania (inactive) and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Martha Jo Wagner
Venable LLP
575 7th Street, NW
Washington, DC 20004
(202) 344-4002
(202) 344-8300 (fax)

Dated: March 17th, 2006