IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD FELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-176 |
| | ) |
| MBNA AMERICA BANK, N.A. and | ) |
| BANK OF AMERICA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of the undersigned counsel as lead attorney for Defendants MBNA America Bank, N.A. and Bank of America Corporation.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Sheldon N. Sandler
_____
Sheldon N. Sandler (Bar ID 245)
Teresa A. Cheek, Esquire (No. 2657)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6676
Facsimile: (302) 576-3286
Attorneys for Defendants

Dated: March 21, 2006

## CERTIFICATE OF SERVICE

I, Sheldon N. Sandler, Esquire, hereby certify that on March 21, 2006, I electronically filed the foregoing Entry of Appearance and this Certificate of Service with the Clerk of Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Richard R. Wier, Jr. Esquire
>Two Mill Road, Suite 200
>Wilmington, DE 19806

>_____
>Sheldon N. Sandler, Esquire (No. 245)