# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BRUCE M STARGATT
BEN T CASTLE
SHELDON N SANDLER
RICHARD A LEVINE
RICHARD A ZAPPA
FREDERICK W IOBST
RICHARD H MORSE
DAVID C MCBRIDE
JOSEPH M NICHOLSON
CRAIG A KARSNITZ
BARRY M WILLOUGHBY
JOSY W INGERSOLL
ANTHONY G FLYNN
JEROME K GROSSMAN
EUGENE A DIPRINZIO
JAMES L PATTON, JR
ROBERT L THOMAS
WILLIAM D JOHNSTON
TIMOTHY J SNYDER
BRUCE L SILVERSTEIN
WILLIAM W BOWSER
LARRY J TARABICOS
RICHARD A DILIBERTO, JR
MELANIE K SHARP
CASSANDRA F ROBERTS
RICHARD J A POPPER
TERESA A CHEEK

NEILLI MULLEN WALSH
JANET Z CHARLTON
ROBERT S BRADY
JOEL A WAITE
BRENT C SHAFFER
DANIEL P JOHNSON
CRAIG D GREAR
TIMOTHY JAY HOUSEAL
MARTIN S LESSNER
PAULINE K MORGAN
C BARR FLINN
NATALIE WOLF
LISA B GOODMAN
JOHN W SHAW
JAMES P HUGHES, JR
EDWIN J HARRON
MICHAEL R NESTOR
MAUREEN D LUKE
ROLIN P BISSELL
SCOTT A HOLT
JOHN T DORSEY
M BLAKE CLEARY
CHRISTIAN DOUGLAS WRIGHT
DANIELLE GIBBS
JOHN J PASCHETTO
NORMAN M POWELL

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(800) 253-2234 (DE ONLY)
FAX: (302) 571-1253

110 WEST PINE STREET
P.O. BOX 594
GEORGETOWN, DELAWARE 19947
(302) 856-3571
(800) 255-2234 (DE ONLY)
FAX: (302) 856-9338

WWW.YOUNGCONAWAY.COM

DIRECT DIAL: 302-571-6673
DIRECT FAX: 302-576-3330
ssandler@ycst.com

ATHANASIOS E AGELAKOPOULOS
LISA A ARMSTRONG
GREGORY J BABCOCK
JOSEPH M BARRY
SEAN M BEACH
DONALD J BOWMAN, JR
TIMOTHY P CAIRNS
KARA HAMMOND COYLE
MARGARET M DIBIANCA
MARY F DUGAN
ERIN EDWARDS
KENNETH J ENOS
IAN S FREDERICKS
JAMES J GALLAGHER
SEAN T GREECHER
STEPHANIE L HANSEN
DAWN M JONES
RICHARD S JULIE
KAREN E KELLER
JENNIFER M KINKUS
EDWARD J KOSMOWSKI
JOHN C KUFFEL

KAREN E LANTZ
TIMOTHY E LENGKEEK
ANDREW A LUNDGREN
MATTHEW B LUNN
JOSEPH A MALFITANO
ADRIA B MARTINELLI
MICHAEL W MCDERMOTT
MARIBETH L MINELLA
EDMON L MORTON
D FON MUTTAMARA-WALKER
JENNIFER R NOEL
JULIE C PANARO
ADAM W POFF
SETH J REIDENBERG
MICHELE SHERRETTA
MONTÉ T SQUIRE
MICHAEL P STAFFORD
CHAD S C STOVER (SC ONLY)
JOHN E TRACEY
MARGARET B WHITEMAN
SHARON M ZIEG

SPECIAL COUNSEL
JOHN D MCLAUGHLIN, JR
ELENA C NORMAN
KAREN L PASCALE
PATRICIA A WIDDOSS

SENIOR COUNSEL
CURTIS J CROWTHER

OF COUNSEL
STUART B YOUNG
EDWARD B MAXWELL, 2ND

March 21, 2006

**BY CM/ECF**

Dr. Peter T. Dalleo, Clerk
United States District Court
844 North King Street - Room 4209
Lock Box 18
Wilmington, DE 19801

       RE:    **Felton v. MBNA America Bank, N.A., et al.**
                   **Case No. 1:06-cv-176-UNA**

Dear Dr. Dalleo:

       On behalf of all parties in the above-referenced matter, please be advised that the case has been resolved. The formal papers dismissing the case will be submitted next week.

                                  Sincerely yours,

                                  Sheldon N. Sandler

SNS:sde
cc:     Richard R. Wier, Esquire (by CM/ECF and U.S. Mail)