IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD FELTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  C.A. No. 06-176 KAJ |
| | ) |
| MBNA AMERICA BANK, N.A. and | ) |
| BANK OF AMERICA CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

THE PARTIES HERETO STIPULATE AND AGREE that this action is hereby dismissed with prejudice, with each party to bear his or its own costs and attorney's fees.

_____
Richard R. Wier, Jr. Esquire (No. 716)
Two Mill Road, Suite 200
Wilmington, DE 19806
(302) 888-3222
Attorney for Plaintiff

_____
Sheldon N. Sandler, Esquire   (No. 245)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6673
Attorneys for Defendants

DATED: March 28, 2006